I write to note that, according to the following authority, it would be permissible to try the case with the aid of anadvisory jury. Conner v. City of Dothan, 500 So.2d 1065
(Ala. 1986); J.C. Jacobs Banking Co. v. Campbell, 406 So.2d 834
(Ala. 1981); Anderson v. Anderson, 399 So.2d 831 (Ala. 1981);Hosey v. Robinson, 293 Ala. 194, 301 So.2d 69 (1974); Wilson v.City of Aliceville, 779 F.2d 631 (11th Cir. 1986); Dybczak v.Tuskegee Institute, 737 F.2d 1524 (11th Cir. 1984), cert. denied, 469 U.S. 1211, 105 S.Ct. 1180, 84 L.Ed.2d 328 (1985). *Page 650